KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (CSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>  )<br>RICARDO AYAR-AVALOS, )<br>  )<br>    Defendant. )<br>  )<br>_____ ) | No. CR 05-00530 RMW<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME<br><br>SAN JOSE VENUE |

    On August 18, 2005, the parties in this case appeared before the Court for an arraignment. After the defendant was arraigned on the indictment, Assistant Federal Public Defender Nicholas Humy explained to the Court that the government is in the process of obtaining the defendant's criminal history and that he needs to review the report before he can properly advise the defendant. Therefore, the parties requested that an initial appearance before the Honorable Judge Whyte be scheduled for September 26, 2005 at 9:00 a.m. In addition, the defendant, through his counsel, agreed to an exclusion of time under the Speedy Trial Act from August 18, 2005 to September 26, 2005. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

STIPULATION AND [PROPOSED] ORDER
NO. 05-70456 RS                    1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | KEVIN V. RYAN<br>United States Attorney |
| 2 | | |
| 3 | DATED: 8/23/05 | /s/ |
| | | SUSAN KNIGHT<br>Assistant United States Attorney |
| 4 | | |
| 5 | DATED: 8/19/05 | /s/ |
| 6 | | NICHOLAS P. HUMY<br>Assistant Federal Public Defender |
| 7 | | |

Accordingly, the Court HEREBY ORDERS that an initial appearance be scheduled for September 26, 2005 at 9:00 a.m. before the Honorable Judge Whyte.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from August 18, 2005 to September 26, 2005. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 8/24/05

/s/ Patricia V. Trumbull
PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. 05-70456 RS                                        2