1 BARRY J. PORTMAN
  Federal Public Defender
2 NICHOLAS P. HUMY
  Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
  San Jose, CA 95113
4 Telephone: (408) 291-7753

5 Counsel for Defendant AYAR-AVALOS

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 SAN JOSE DIVISION          *E-FILED - 2/16/06*

10 UNITED STATES OF AMERICA,        )   No. CR 05-00530 RMW
                                    )
11            Plaintiff,            )   STIPULATION AND [PROPOSED]
   v.                               )   ORDER TO CONTINUE SENTENCING
12                                  )   HEARING
                                    )
13 RICARDO AYAR-AVALOS,             )
                                    )
14            Defendant.            )
   _____)

16  Defendant and the government, through their respective counsel, hereby stipulate that,
17 subject to the court's approval, the sentencing hearing in the above-captioned matter, presently
18 scheduled for Tuesday, February 21, 2006, at 9:00 a.m., be continued to Monday, February 27,
19 2006, at 9:00 a.m. The parties agree that the hearing should be continued because counsel for the
20 defendant is unavailable on February 21, 2006.

21 Dated: 2/10/06
                                              /s/
22                                    NICHOLAS P. HUMY
                                      Assistant Federal Public Defender

23 Dated: 2/10/06
                                              /s/
24                                    SUSAN KNIGHT
                                      Assistant United States Attorney

STIPULATION TO CONTINUE
SENTENCING HEARING
No. CR 05-00530 RMW                    1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00800 RMW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING |
| v. | ) | SENTENCING HEARING |
| | ) | |
| RICARDO AYAR-AVALOS, | ) | |
| | ) | |
| Defendant. | ) | |

The parties have jointly requested a continuance of the sentencing hearing set for February 21, 2006, on grounds that counsel for the defendant is unavailable on February 21, 2006.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for February 21, 2006, be continued to February 27, 2006, at 9:00 a.m.

Dated: 2/16/06

/S/ RONALD M. WHYTE
RONALD M. WHYTE
United States District Judge

STIPULATION TO CONTINUE
SENTENCING HEARING
No. CR 05-00530 RMW                                    2